# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

## NO. 03-22-00655-CV

**Jennifer L. and Trent S. Mushtaler and Joshua D. Bezoni, Appellants**

**v.**

**City of Austin, Texas, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on September 14, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.